FILED FOR RECORD 02/25/2019 09:28:00
Stacy L. Roussel, DY CLERK
JEFFERSON PARISH, LA

| | | |
|---|---|---|
| **JOHN P. LAMONTE** | SUIT NO. 792-540 | DIVISION: B |
| **VERSUS** | 24th JUDICIAL DISTRICT COURT | |
| **NATIONAL INTERSTATE INSURANCE COMPANY, TRANSCO LINES, INC., AND RICHARD F. CRIDER,** | PARISH OF JEFFERSON STATE OF LOUISIANA | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

The petition of **JOHN P. LAMONTE** ("Petitioner/s"), person of the full age of majority, currently domiciled in the Parish of Tangipahoa, State of Louisiana, through undersigned counsel, respectfully represents:

**1.**

Made defendants herein are the following:

a.) **NATIONAL INTERSTATE INSURANCE COMPANY,** a foreign insurer domiciled in Ohio, authorized to do and doing business in the State of Louisiana, who may be served through the Secretary of State for the State of Louisiana, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809;

b.) **TRANSCO LINES, INC.,** a foreign business corporation domiciled in Arkansas who is authorized to do and doing business in the State of Arkansas, who may be served through its registered agent, Tim Pool, 60 Transco Park Drive, Russellville, Arkansas 72811; and

c.) **RICHARD F. CRIDER,** a person of the full age of majority and a resident of Whit County, State of Tennessee, and whose permanent mailing address is declared to be 3973 McMinnville Highway, Sparta, Tennessee 38583.

**2.**

The above named defendants are liable jointly and *in solido* to Petitioners for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, *to-wit*:

**3.**

At all times pertinent and material hereto, Petitioner, **JOHN P. LAMONTE**, was operating and driving a 2004 Ford F-150, bearing Vehicle Identification Number (VIN#) 1FTRW12W44KC48811 and bearing Louisiana License number WIE941, owned by Anthony C. Lamonte, while pulling a 2017 Cargo Trailer bearing Louisiana License number J513518.

**EXHIBIT A**

**4.**

On or about April 17, 2018, **JOHN P. LAMONTE** was operating the above referenced 2004 Ford F-150 in an east-bound direction on Williams Boulevard, in the Parish of Jefferson, State of Louisiana, and traveling at all times pertinent hereto in a lawful and prudent manner.

**5.**

On said date and time, a 2015 Volvo Tractor Truck, bearing Vehicle Identification Number (VIN#) 4V4NC9EHXFN924218 and bearing Indiana License number 2596909 pulling a 2007 Vanguard Box Trailer bearing Oklahoma License Number 2806JT, owned by **TRANSCO LINES, INC.** and being operated by defendant, **RICHARD F. CRIDER**, was also traveling in an east-bound direction on Williams Boulevard, behind Petitioner's 2004 Ford F-150.

**6.**

As Petitioner, **JOHN P. LAMONTE,** was coming to a stop due to oncoming traffic, defendant, **RICHARD F. CRIDER**, suddenly and without warning drove into the rear of **JOHN P. LAMONTE's** vehicle, causing the 2015 Volvo Tractor Truck, (VIN#) 4V4NC9EHXFN924218, to violently strike the rear portion of the 2004 Forf F-150, (VIN#) 1FTRW12W44KC48811, causing severe personal injuries to Petitioner, **JOHN P. LAMONTE**.

**7.**

The injuries sustained by Petitioner were caused by the negligence of the defendant, **RICHARD F. CRIDER**, in the following non-exclusive list of particulars:

   a. Failure to keep proper lookout;

   b. Failure to properly check for approaching motorists;

   c. Operating said vehicle in a reckless and/or careless manner;

   d. Driving inattentively;

   e. Failure to take proper evasive action;

   f. Failure to maintain proper control of his vehicle;

   g. Failure to maintain proper lane control;

   h. Failure to keep a proper distance from preceding vehicle;

   i. Failure to brake behind a preceding vehicle; and

  j.  Any other acts of negligence by the defendant that will shown at the trial on the merits.

**8.**

To the best of Petitioners' knowledge and belief, at the time of the collision referred to above, the defendant, **RICHARD F. CRIDER**, was in the course and scope of his employment with **TRANSCO LINES, INC.**, and therefore under the theory of Respondent Superior, the defendant, **TRANSCO LINES, INC.**, is liable for the acts of its agent/employee, **RICHARD F. CRIDER**.

**9.**

Petitioner avers upon information and belief that at all material times herein, specifically on April 17, 2018, the vehicle operated by **RICHARD F. CRIDER** was insured by **NATIONAL INTERSTATE INSURANCE COMPANY**, and therefore, **NATIONAL INTERSTATE INSURANCE COMPANY** is liable jointly and in solido with **RICHARD F. CRIDER** and **TRANSCO LINES, INC.** for all damages sustained herein by Petitioner.

**10.**

Petitioner, **JOHN P. LAMONTE**, as a result of the above described incident has suffered the following:

  a.  Past medical expenses;

  b.  Future Medical expenses;

  c.  Past physical pain and suffering;

  d.  Future physical pain and suffering;

  e.  Past mental pain and anguish;

  f.  Future Mental Pain and Anguish;

  g.  Permanent physical disability;

  h.  Loss of enjoyment of life;

  i.  Loss of earning capacity; and

  j.  Other damages which will be shown at the trial of this matter.

**11.**

Petitioner alleges amicable demand at no avail.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due proceedings are had, there be judgment rendered in favor of petitioner and against defendants, jointly and *in solido*, for such damages as are reasonable in the premises, together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings and;

1. In favor of Petitioner, **JOHN P. LAMONTE**, against defendants, **NATIONAL INTERSTATE INSURANCE COMPANY, TRANSCO LINES, INC.**, and **RICHARD F. CRIDER,** jointly and *in solido*, for such damages as are reasonable in the premises; *and*

2. In favor of Petitioner, **JOHN P. LAMONTE**, against defendants, **NATIONAL INTERSTATE INSURANCE COMPANY, TRANSCO LINES, INC.**, and **RICHARD F. CRIDER**, jointly and *in solido*, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and all other equitable and general relief.

        RESPECTFULLY SUBMITTED:

        **GAUTHIER & AMEDEE**
        **A Professional Law Corporation**
        2111 South Burnside Avenue
        Gonzales, Louisiana 70737
        Telephone: (225) 647-1700
        Facsimile: (225) 647-1375

*BY:* _____
        **ANDRÉ P. GAUTHIER**, Bar Roll #21294
        **LEE J. AMEDEE, III**, Bar Roll #24278
        *Attorneys for Petitioners*

**SERVICE INFORMATION ON FOLLOWING PAGE**

***PLEASE SERVE:***

(1)  **NATIONAL INTERSTATE INSURANCE COMPANY**
*by and through their agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809; and

(2)  **TRANSCO LINES, INC.** *(Via Long Long Arm Service)*
*by and through their registered agent for service of process:*
Tim Pool
60 Transco Park Drive
Russellville, Arkansas 72811; and

(3)  **RICHARD F. CRIDER** *(Via Long Long Arm Service)*
3973 McMinnville Highway
Sparta, Tennessee 38583



E:\Shared\DOC\Personal Injury\Lamonte, John\PLD - Petition for Damages.wpd

-5-



| | | |
|---|---|---|
| 2111 S. Burnside Avenue<br>Gonzales, LA 70737<br>PH 225-647-1700<br>FX 225-647-1375<br>**DontDelay.com** | André P. Gauthier<br>Lee "Jody" Amedee III<br>Christopher McNeil<br>Thomas J. Kliebert III | Prairieville Office<br>PH 225-647-1300 |

February 19, 2019

Clerk of Court, 24th JDC
Parish of Jefferson
P.O. Box 10
Gretna, LA 70054

RE: ***John P. Lamonte vs. National Interstate Insurance Company, et al.***
**24th JDC, Parish of Jefferson, State of Louisiana**

Dear Ma'am:

Please file the enclosed *Petition for Damages* and have service made on the defendants. We have enclosed our firm's checks in the amount of $580.00 to the Clerk, $50.00 to the Louisiana Secretary of State and $39.36 to the East Baton Rouge Parish Sheriff's Office, to cover the costs of this request.

We ask that you return a file stamped copy of said Petition to our office, along with the service copies for the defendants: Transco Lines, Inc. and Richard F. Crider, so that we may serve these defendants through the *Long Arm Statute*.

Thank you for your help and cooperation in this matter.

With kind regards, I remain,

Very truly yours,

**GAUTHIER AMEDEE**
**A Professional Law Corporation**

Krystal Carpenter
Legal Assistant to LEE J. AMEDEE, III

kc

Enclosures

E:\Shared\DOC\Personal Injury\Lamonte, John\Corr. - Clerk (02-19-19 Petition for Damages).wpd